LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ANASTACIO HERNANDEZ, Jr., | CIVIL NO. S-09-CV-00272 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 29 days, up to and including August 28, 2009, to answer Plaintiff's complaint. This request is being made because this case was originally assigned to an attorney who went on unexpected and extended medical leave resulting in the need to reassign her entire work load. In the process of these reassignments, the case tracking system used in the Commissioner's Office of the General Counsel has been unreliable and this case was inadvertently overlooked. Defendant will file the answer immediately after filing this proposed order so that no further delay occurs.

///

///

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2                                       Respectfully submitted,

3  Dated: August 28, 2009              /s/ *Ann M. Cerney*
                                        (As authorized via email)
4                                       ANN M. CERNEY
                                        Attorney for Plaintiff
5
6  Dated: August 28, 2009              LAWRENCE G. BROWN
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
7                                       Regional Chief Counsel, Region IX
                                        Social Security Administration
8

9                                       /s/ *Elizabeth Firer*
                                        ELIZABETH FIRER
10                                      Special Assistant U.S. Attorney

11                                      Attorneys for Defendant

12

13                                      ORDER

14         APPROVED AND SO ORDERED.

15  DATED:  August 31, 2009.

16                                      _____
                                        EDMUND F. BRENNAN
17                                      UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time